

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 12, 2019

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

**By ECF**
The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Viera as Executor of Avilez v. United States*, 18 Civ. 9270 (KHP)

Dear Judge Parker:

    This Office represents the United States, the Defendant in this medical malpractice action brought under the Federal Tort Claims Act. I write respectfully on behalf of the parties to request an adjournment of the status conference currently set for November 19, 2019. The parties are actively engaged in expert discovery at present and believe that they will be in a better position to have a substantive discussion with the Court about the status of the litigation shortly after the conclusion of discovery on December 31, 2019. This is the parties' first request for an adjournment of this conference.

    We thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: */s/ Stephen Cha-Kim*
STEPHEN CHA-KIM
Assistant United States Attorney
Telephone: (212) 637-2768
Fax: (212) 637-2702
stephen.cha-kim@usdoj.gov

cc: Attorney for Plaintiff
    (By ECF)

---

**APPLICATION GRANTED:** The Status Conference in this matter that is scheduled for Tuesday, November 19, 2019 at 4:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, January 8, 2020 at 10:15 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
11/13/2019