

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 19, 2019

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 12/23/2019

**By ECF**
The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Viera as Executor of Avilez v. United States*, 18 Civ. 9270 (KHP)

Dear Judge Parker:

    This Office represents the United States, the Defendant in this medical malpractice action brought under the Federal Tort Claims Act, in which all discovery is due to be completed by the end of the month. I write respectfully to request an adjournment of the status conference currently set for January 8, 2020, due to the travel schedule of the undersigned. The parties respectfully inform the Court that they are mutually available the following week, with the exception of Wednesday, January 15 and the morning of Friday, January 17, 2020. Plaintiff consents to this request, which is the second request for an adjournment (the first adjournment was granted so that expert discovery could be completed prior to the conference).

    We thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   */s/ Stephen Cha-Kim*
STEPHEN CHA-KIM
Assistant United States Attorney
Telephone: (212) 637-2768
Fax: (212) 637-2702
stephen.cha-kim@usdoj.gov

cc: Attorney for Plaintiff
(By ECF)

---

**The Status Conference in this matter that is scheduled for Wednesday, January 8, 2020 at 10:15 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, January 29, 2020 at 11:15 a.m.**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
12/23/2019