**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JIMMY VIERA, as Executor of the Estate of :
MELISSA AVILEZ,

                               Plaintiff,

                 -against-

UNITED STATES OF AMERICA,

                            Defendant.

---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __04/17/20__ |

**18-CV-9270 (KHP)**

**ORDER SCHEDULING TELEPHONE CONFERENCE**

A telephone conference is hereby scheduled for **April 23, 2020** at 4:00 p.m.   Counsel for

the parties are directed to call Judge Parker's conference line, call in number: (866) 434-5269;

access Code:  4858267

       **SO ORDERED.**

DATED:     New York, New York
            April 17, 2020

                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge