UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JIMMY VIERA, as Executor of the Estate of
MELISSA AVILEZ,

                                                Plaintiff,                      18-CV-9270 (KHP)

               -against-                                   ORDER RESCHEDULING FINAL
                                                                          PRETRIAL CONFERENCE

UNITED STATES OF AMERICA,

                                               Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The final pretrial conference previously scheduled for Tuesday, July 7, 2020 is rescheduled to **Friday, July 17, 2020 at 9:30 a.m.**, and will be held telephonically. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time with counsel for all parties on the line: dial (866) 434-5269; access code 4858267.

       SO ORDERED.

DATED:      New York, New York
                  July 1, 2020

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020