USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

JIMMY VIERA, as Executor of the Estate of
MELISSA AVILEZ,

                                          Plaintiff,

                   -against-

UNITED STATES OF AMERICA,

                                          Defendant.

------------------------------------------------------------------X

18-CV-9270 (KHP)

**ORDER DIRECTING PARTIES TO**
**ORDER TRANSCRIPT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties are hereby ordered to order the trial transcript of the testimony of Dr. Hindenburg and to split the costs.

**SO ORDERED.**

DATED:    New York, New York
             September 24, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge