USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JIMMY VIERA, as Executor of the Estate of
MELISSA AVILEZ,

                        Plaintiff,

         -against-

UNITED STATES OF AMERICA,

                        Defendant.

----------------------------------------------------------------X

**18-CV-9270 (KHP)**

**ORDER SCHEDULING POST TRIAL CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Post Trial conference in this matter is hereby scheduled for **Thursday, October 22, 2020 at 10:30 a.m.** to discuss Plaintiff's application for costs. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:       New York, New York
                   October 13, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge