```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIMMY VIERA, as Executor of the Estate of :
MELISSA AVILEZ,

                Plaintiff,                      18-CV-9270 (KHP)

       -against-                      **ORDER SCHEDULING TELEPHONE CONFERENCE**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Pre-Motion conference in this matter scheduled for Wednesday, May 4, 2022 at 12:15 p.m. is hereby rescheduled to **Wednesday, March 30, 2022 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
              March 28, 2022

*[Signature: Katharine H. Parker]*

                                                   KATHARINE H. PARKER
                                                    United States Magistrate Judge